IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JETTONIC T. HARRIS,** | ) | CIVIL CASE NO. 12-CV-213 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO DISMISS WITH PREJUDICE |
| **UNUM LIFE INSURANCE COMPANY OF** | ) | |
| **AMERICA, a Maine insurance company,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER**, being before the Court on a Joint Stipulation to Dismiss with Prejudice, and the Court being fully advised in the premises, finds that all causes of action contained herein are hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

**DATED** on this 29th day of October , 2012.

BY THE COURT:

_____
United States Senior District Judge

PREPARED AND SUBMITTED BY:
*s/John P. Inserra*
Nebraska Bar #15084
INSERRA & KELLEY
6790 Grover Street, Suite 200
Omaha, Nebraska 68106-3612
Telephone: (402) 391-4000
Facsimile: (402) 391-4039
Attorneys for Plaintiff
jpinserra@inserra.com

cc:    *s/Steven D. Davidson*
       Nebraska Bar #18684
       BAIRD HOLM LLP
       1500 Woodmen Tower
       Omaha, NE 68102
       (402) 344-0500
       Its Attorneys
       sdavidson@bairdholm.com